# United States Court of Appeals
## For the First Circuit

No. 14-1572

NIRANJAN KHANAL; GITA KHANAL,

Petitioners,

v.

TODD BLANCHE, Acting Attorney General,[*]

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on February 18, 2026, is amended as follows:

On page 13, footnote 12, delete "The government's supplemental brief did not address this question, instead focusing on the merits of Khanal's denied claims."

---

[*] Pursuant to Fed. R. App. 43(c)(2), Pamela J. Bondi has been substituted by Todd Blanche, Acting Attorney General.